E-FILED
Friday, 30 November, 2012 02:48:31 PM
Clerk, U.S. District Court, ILCD





ardo
nging
etry
ganizer
so available
black
9.99



Large Cabinet Drawer
- Fits all size vanities and cabinets
- Made of durable epoxy coated steel
- Can be secured to the cabinet with included hardware
- No assembly required

19.99

Medium Cabinet Drawer....... 14.99



YOUR CHOICE 29.99 EACH

BEYOND VALUE!

3 Tier Metal Space Saver
- 24.6" W x 10" D x 64.5" H

OR

6 Tier Metal Tower
- Self-adjusting feet
- 13.75" W x 13.75" D x 56" H

EVERY ITEM, ON EVERY PAGE, SHIPS FREE.




y/Night
ower Caddy
also available in
rple
.99
Each

Mesh Shower Tote
- Also available in blue or grey zebra stripe

12.99



Slim Bath Cart
29.99






BED BATH & BEYOND

Return

Bath > **Bath Furniture**

Bath Furniture: « 30 of 53 »

**Email a friend**



large/zoom image

### Three-Tier Slim Bath Cart

Made of heavy duty coated steel, this cart with a slim profile is perfect for keeping your bath accessories organized. It has two locking wheels to keep it in place, and the cart requires no tools for assembly. Measures 19.25" W x 9.625" D x 30.25" H.




Use our Bridal Toolkit Task & Timeline Manager to stay organized.




| Description | Available color | Price | Qty |
|---|---|---|---|
| Three-Tier Slim Bath Cart | | $29.99 ea. | 1 |

Shipping costs

1-2 of 2